IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH S. CARPINO,
Plaintiff,

v.

Case No. 2:07-CV-853
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

ROBERT MILHORN, et al.,
Defendants.

## ORDER

Plaintiff commenced this *pro se* action in the Court of Common Pleas for Jefferson County, Ohio against Robert Milhorn, Lawrence T. Piergallini and the Internal Revenue Service. The action was removed to this Court by the Defendant United States. The United States filed a Motion to Dismiss on August 31, 2007 and the motion is unopposed. Counsel for the United States informed the Court in an October 16, 2007 Status Report (Doc. #10) that, although a Rule 41(a)(1) dismissal was sought from all parties, none have responded to the request.

The Court concludes that the United States should be dismissed from this action. The unopposed motion (**Doc. #6**) is **GRANTED**. The remainder of this action is hereby **REMANDED** to the Court of Common Pleas for Jefferson County Ohio.

**IT IS SO ORDERED.**

10-18-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE